APPEAL No. 73-138. JENNIE MANSOLILLO, *Executrix, et al. v.* JAMES L. TAFT, JR., *Mayor of City of Cranston, et al.* Motion

of Alfred Carpionato to intervene granted without prejudice to the right of defendants-appellants to renew their objections at hearing on the merits. Paolino, J., not participating. *Pat Nero,* for plaintiffs-appellees. *Peter Palombo, Jr.,* for defendants-appellants.